UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JILL ADAMS,

                Plaintiff,

    v.

ZILLOW GROUP, INC.,

                Defendant.

CASE NO. C22-1737JLR

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable James L. Robart:

In their joint stipulation to transfer this action to the Western District of Washington, the parties "agreed that, upon transfer of [the related Zillow "session replay" software class actions] to the Western District of Washington, they will propose an agreed-upon schedule for consolidation and a Fed. R. Civ. P. 23(g) appointment of interim class counsel." (Transfer Stip. (Dkt. # 14) ¶ 8.) Although this case was transferred to the Western District of Washington on December 7, 2022, the parties have

MINUTE ORDER - 1

1  not yet moved to consolidate this case with the related Zillow "session replay" software

2  class actions pending before the Honorable James L. Robart.  (*See generally* Dkt.); *see*

3  *also Kauffman v. Zillow Group, Inc.*, No. C22-1694JLR (W.D. Wash.); *Perkins v. Zillow*

4  *Group, Inc.*, No. C22-1282JLR (W.D. Wash.); *Margulis v. Zillow Group, Inc.*, No.

5  C22-1736JLR (W.D. Wash.); *Strelzin v. Zillow Group, Inc.*, No. C22-1695JLR (W.D.

6  Wash.); *Huber v. Zillow Group, Inc.*, No. C22-1699JLR (W.D. Wash.); *Popa v. Zillow*

7  *Group, Inc.*, No. C22-1696JLR (W.D. Wash.); *Conlisk v. Zillow Group, Inc.*, No.

8  C22-1698JLR (W.D. Wash.).

9  Accordingly, the court ORDERS the parties to file a joint status report by January

10  27, 2023, informing the court as to when the parties intend to move for consolidation of

11  these Zillow class actions and appointment of interim class counsel.

12  Filed and entered this 17th day of January, 2023.

13  RAVI SUBRAMANIAN
   Clerk of Court

14

15  s/ Ashleigh Drecktrah
   Deputy Clerk

16

17

18

19

20

21

22

MINUTE ORDER - 2